# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ANDERSEN, | Case No.:   2:25-cv-01133-DJC- CKD |
| Plaintiff, | |
| v. | **ORDER** |
| COLUMBIA DEBT RECOVERY LLC DBA GENESIS CREDIT MANAGEMENT, LLC; HUNTER WARFIELD, INC.; SENTRY CREDIT, INC.; AND TRANS UNION LLC, | **HON. DANIEL J. CALABRETTA** |
| Defendants. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant TRANS UNION LLC to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.


Dated:  December 1, 2025          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE