**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Jennifer Andersen

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER ANDERSEN,<br>Plaintiff,<br>v.<br>COLUMBIA DEBT RECOVERY, LLC DBA GENISIS CREDIT MANAGEMENT, LLC, ET AL.,<br>Defendants. | Case No.: 2:25-cv-01133-DJC-CKD<br><br>**ORDER** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant HUNTER WARFIELD, INC. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 19, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE